IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:10-cv-60715-KMM

HARRY JOHN SCANLAN,

    Plaintiff,

vs.

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of Final Judgment (ECF No. 29). UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Entry of Final Judgment (ECF No. 29) is GRANTED. It is further

ORDERED AND ADJUDGED that Final Judgment be entered in favor of HARRY JOHN SCANLAN and against FOCUS RECEIVABLES MANAGEMENT, LLC in the amount of $ $3,241.25 plus interest at the legal rate from the date of this Order, compounded annually pursuant to the provisions of 28 U.S.C. § 1961 (2006) until paid in full, for all of which execution shall issue. This case remains CLOSED. Any pending motions are DENIED AS MOOT.

1

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of November, 2011.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record